7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Michael Joel Markum and Dawn Adrienne Markum  
*Debtor*

*Bankruptcy Case No.*  
11–50373–can7

**Bruce E. Strauss , Trustee**  
    Plaintiff(s)

*Adversary Case No.*  
12–05022–can

v.

**Michael Joel Markum**  
**Dawn Adrienne Markum**  
    Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that the Plaintiff/Trustees Motion for Default Judgment is granted and Defendant/Debtors discharge is hereby REVOKED and DENIED. Further, Plaintiff/Trustee Bruce E. Strauss is awarded judgment in the amount of $693.00 against Defendant/Debtors Michael and Dawn Markum.



Ann Thompson  
Court Executive

By: /s/ Jamie McAdams  
    Deputy Clerk

Date of issuance: 3/18/13

Court to serve